UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2022 MAY -5 AM 11: 39

CLERK

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 5:22-cr-51-1-2 |
| DANIEL JOSEPH KING, and<br>JACQUELYN FOUGERE,<br>Defendants | ) |

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about March 14, 2022, in the District of Vermont, the defendants, DANIEL JOSEPH KING and JACQUELYN FOUGERE, knowingly and voluntarily agreed and conspired to unlawfully obstruct, delay, and affect commerce and the movement of articles in commerce by robbery and to commit and threaten physical violence to persons and property in furtherance of robbery, namely the unlawful taking and obtaining of personal property, drugs, and money, by means of actual or threatened force, violence, and fear of injury.

(18 U.S.C. § 1951(a))

A TRUE BILL

███████████████

FOREPERSON

_____
NIKOLAS P. KEREST (JAO)
United States Attorney
Burlington, Vermont
May 5, 2022

1